UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT L. HOUGHTALING,

        Petitioner,

v.                                                  Case No. 20-12969

SHANE JACKSON

        Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus," entered on March 7, 2022,

IT IS ORDERED that the petition for writ of habeas corpus is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability with respect to only Petitioner's third claim and leave to appeal *in forma pauperis* are GRANTED.

Finally, IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Shane Jackson and against Petitioner Robert Houghtaling.


Dated at Port Huron, Michigan, March 7, 2022.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    By: s/Lisa Wagner
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland